In the Matter of the Claim of JESSIE I. LESTER, Respondent, *v.* THE VILLAGE OF BLASDELL, Appellant.

*Matter of Lester* v. *Village of Blasdell*, 167 App. Div. 947, appeal dismissed.

(Submitted October 18, 1915; decided October 26, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 2, 1915, which affirmed an order of Special Term appointing commissioners in change of grade damage proceedings.

The motion was made upon the ground that the Court of Appeals has no jurisdiction to entertain the appeal.

*A. G. Bartholomew* for motion.

*Wallace Thayer* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB BALOFSKY, Appellant.

*People* v. *Balofsky*, 167 App. Div. 913, appeal dismissed.

(Submitted October 18, 1915; decided October 26, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 5, 1915, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a violation of the Labor Law.

The motion was made upon the ground of failure to file the required return.

*James C. Cropsey*, District Attorney (*Ralph E. Hemstreet* of counsel), for motion.

No one opposed.

Motion granted.